UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH F. OLIVARES,

        Plaintiff,

Case No. 05-71275

Honorable Patrick J. Duggan

v.

THE 15TH DISTRICT COURT, ET AL.,

        Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan, on MAY 4, 2005.

PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                  U.S. DISTRICT COURT JUDGE

On March 31, 2005, Plaintiff Joseph F. Olivares filed a Complaint against the 15th District Court for the State of Michigan, the Ann Arbor Police Department, the Ann Arbor Prosecutor's Office, the State of Michigan, Chad Wood, Brian (last name unknown), and the Ann Arbor YMCA arising from his eviction from his residence at the YMCA and subsequent criminal charges brought against him.[1]  In an Order dated April 12, 2005, this Court ordered Plaintiff to file an amended complaint that complied with

---

[1] Plaintiff contends that he has been wrongfully charged with "malicious use of service provided by telecommunications service provider," in violation of MICH. COMP. LAWS ANN. § 750.540e.

FED. R. CIV. P. 8(a) within 20 days, or Plaintiff's Complaint would be dismissed for failure to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6). Over 20 days have passed since the Court issued this Order and Plaintiff has not filed an amended complaint.

    Accordingly,

    **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED**.


                                  s/PATRICK J. DUGGAN
                                  UNITED STATES DISTRICT JUDGE

Copies to:

Joseph F. Olivares
350 South Fifth Ave.
Ann Arbor, MI 48104

Robert W. West, Esq.
Brian L. Mackie, Esq.